**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6661**

---

LENZIE LEE MURRAY, JR.,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-01-
2188-AMD)

---

Submitted:  July 25, 2002          Decided:  August 1, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lenzie Lee Murray, Jr., Appellant Pro Se.  Richard Charles Kay,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lenzie Lee Murray, Jr., appeals the district court's orders denying his motion for return of property pursuant to Fed. R. Crim. P. 41(e) and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Murray v. United States, No. CA-01-2188-AMD (D. Md. filed Feb. 13, 2002 & entered Feb. 14, 2002; filed Feb. 19, 2002 & entered Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2